1  Roger L. Grandgenett II, Esq.
   Nevada Bar No. 6323
2  Luke W. Molleck, Esq.
   Nevada Bar No. 14405
3  LITTLER MENDELSON P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, Nevada 89169.5937
5  Telephone:    702.862.8800
   Fax No.:       702.862.8811
6  rgrandgenett@littler.com
   lmolleck@littler.com
7
   *Attorneys for Defendant*
8  FOUNDEVER OPERATING CORPORATION

9

10              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**

11  JASHYUA THOMAS,                        Case No. 2:25-cv-00152-APG-BNW

12            Plaintiff,                   **STIPULATION FOR EXTENSION OF
                                           TIME TO FILE RESPONSE TO
13  v.                                     OPPOSITION TO THE PARTIAL
                                           MOTION TO DISMISS**
14  FOUNDEVER OPERATING
    CORPORATION, a corporation, and DOES 1-   **(FIRST REQUEST)**
15  50, inclusive,

16            Defendants.

17

18          Plaintiff JASHYUA THOMAS ("Plaintiff") and Defendant FOUNDEVER OPERATING

19  CORPORATION ("Defendant"), by and through their undersigned counsel, hereby agree and

20  stipulate to extend the time for Defendant to file a response to the Opposition to the Partial Motion

21  to Dismiss in this case. Defendant's current deadline to file a Response to the Opposition to the

22  Partial Motion to Dismiss runs on March 10, 2025. The Parties have agreed to allow Defendant up

23  to and including **March 17, 2025,** to which to file their response. The instant request for an

24  extension is necessary as defense counsel will be traveling for a previously scheduled court hearing,

25  and the additional time will allow defense counsel adequate time to prepare the Reply.

26  ///

27  ///

28  ///

1    This is the first request for an extension of time to respond to the Opposition to the Partial

2    Motion to Dismiss.  This request is made in good faith and not for the purpose of delay.

3

4    Dated: March 6, 2025                          Dated:  March 6, 2025

     Respectfully submitted,                       Respectfully submitted,
5

6

7    */s/ Kathryn L. Bain, Esq.*                    */s/ Luke W. Molleck, Esq.*
     KATHRYN L. BAIN, ESQ.                          ROGER L. GRANGENETT II, ESQ.
8    BAIN MAZZA & DEBSKI LLP                        LUKE W. MOLLECK, ESQ.
                                                    LITTLER MENDELSON, P.C.
9    *Attorneys for Plaintiff*                      
     JASHYUA THOMAS                                 *Attorney for Defendant*
10                                                  FOUNDEVER OPERATING CORPORATION

11

12

13

14   IT IS SO ORDERED:

15   Dated:__March 7, 2025_____

16

17   _____
     ANDREW P. GORDON
18   CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2

4908-8221-0085