1  Kathryn L. Bain, State Bar No. 15496
   BAIN MAZZA & DEBSKI LLP
2  10300 W. Charleston Blvd., Ste. 13-191
   Las Vegas, NV 89135
3  Telephone: (702) 919-1090
4  Fax: (650) 763-3933
   kbain@bmdlegal.com
5
6  Attorneys for Plaintiff
   JASHYUA THOMAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASHYUA THOMAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FOUNDEVER OPERATING CORPORATION, a corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-152-APG-BNW<br><br>**STIPULATION TO RESCHEDULE DATE OF EARLY NEUTRAL EVALUATION**<br><br>**(FIRST REQUEST)** |

Plaintiff JASHYUA THOMAS ("Plaintiff") and Defendant FOUNDEVER OPERATING CORPORATION ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to reschedule the date for the Early Neutral Evaluation (ENE) in this matter, currently set for April 28, 2025 at 10:00 a.m. with Magistrate Judge Daniel J. Albregts. Plaintiff's counsel is unavailable on the current date due to previously arranged travel plans. The Parties are both available on either May 19, 2025 or May 20, 2025, and propose these alternate dates for the ENE. If Judge Albregts is not available on these dates, the Parties request that the ENE be rescheduled to another available date.

This is the first request to reschedule the ENE in this case. This request is made in good faith and not for the purpose of delay.

Dated: March 10, 2025

Respectfully submitted,

  /s/ Kathryn L. Bain
_____
Kathryn L. Bain
Bain Mazza & Debski LLP
Attorneys for Plaintiff
Jashyua Thomas

Dated: March 10, 2025

Respectfully submitted,

  /s/ Luke W. Molleck
_____
Roger L. Grangenett II
Luke W. Molleck
Little Mendelson, P.C.
Attorneys for Defendant
Foundever Operating Corporation

IT IS SO ORDERED.  The Early Neutral Evaluation scheduled for April 28, 2025 is VACATED and **RESET** for **May 19, 2025 at 10:00 a.m.**

IT IS FURTHER ORDERED that the written evaluation statements are due by 4:00 p.m. on May 12, 2025.

IT IS FURTHER ORDERED that all other provisions of the Court's order (ECF No. 9) shall remain in effect.

DATED: 3/11/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE