1  Roger L. Grandgenett II, Esq.
   Nevada Bar No. 6323
2  LITTLER MENDELSON P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada 89169.5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  rgrandgenett@littler.com

6  *Attorneys for Defendant*
   FOUNDEVER OPERATING CORPORATION
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| JASHYUA THOMAS, | Case No. 2:25-cv-00152-APG-BNW |
| --- | --- |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| FOUNDEVER OPERATING CORPORATION, a corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

　　Plaintiff, JASHYUA THOMAS ("Plaintiff"), and Defendant, FOUNDEVER OPERATING CORPORATION ("Defendant") (collectively herein the "Parties"), hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

　　The Parties have reached an agreement to resolve this action. The Parties submit the instant Stipulation pursuant to their agreement for resolution. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

/ / /

/ / /

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation, dismiss the action with prejudice and close the case.

Dated: May 28, 2025

BAIN MAZZA & DEBSKI LLP

*/s/Kathryn L. Bain, Esq.*
Kathryn L. Bain, Esq.

*Attorney for Plaintiff*
JASHYUA THOMAS

Dated: May 28, 2025

LITTLER MENDELSON P.C.

*/s/ Roger L. Grandgenett, Esq.*
Roger L. Grandgenett II, Esq.

*Attorneys for Defendant*
FOUNDEVER OPERATING CORPORATION

**IT IS SO ORDERED**

Dated: May 29, 2025

_____
CHIEF UNITED STATES DISTRICT JUDGE

4933-7548-1364.1 / 114832-1028

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2

4934-5831-6868